## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY PETERSON, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER,<br><br>Defendant. | No.: 12-cv-02841 (DWF/SER)<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") submits its Disclosure Statement.

NECC does not have any parent corporation, and no publicly held corporation owns 10% of more of NECC's stock.

Dated: December 27, 2012            **BOWMAN AND BROOKE LLP**

*/s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard(#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:    612.672.3229
Facsimile:     612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: 612.672.3229
Facsimile: 612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*