## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HOLLY PETERSON, on behalf of herself and all other similarly situated, | No.:  12-cv-02841 (DWF/SER) |
| Plaintiff, | |
| vs. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, | **NOTICE OF STAY BY REASON OF BANKRUPTCY** |
| Defendant. | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England

Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary

petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United

States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-

HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

### BOWMAN AND BROOKE LLP

BY:  */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:    612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com

2

jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*

## CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system, which will send notification of such filing to all

counsel of record.

### BOWMAN AND BROOKE LLP

BY:  */s/ Jennifer L. Bullard*

Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:    612.672.3229
Facsimile:     612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING
PHARMACY, INC. d/b/a New England
Compounding Center*